UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID L. FISH, JR.,<br><br>Plaintiff,<br><br>v.<br><br>MARINE BIOLOGICAL LABORATORY<br><br>Defendant. | Civ. A. No.<br><br>**05 - 11019** RGS |

## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, the undersigned counsel for defendant Marine Biological

Laboratory states that Marine Biological Laboratory is a private, non-profit corporation.

MARINE BIOLOGICAL LABORATORY
By its attorneys,

Jonathan D. Rosenfeld (MA Bar #556172)
Julie Murphy Clinton (MA Bar #655230)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

Dated: August 4, 2005

## CERTIFICATE OF SERVICE

I, Jonathan D. Rosenfeld hereby certify that on August 4, 2005, I caused a copy of the
foregoing Local Rule 7.3 Corporate Disclosure Statement to be served, by first class mail, upon
plaintiff, David L. Fish, Jr., 63 Harriett Road, E. Falmouth, MA 02536.

Jonathan D. Rosenfeld