UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID L. FISH, JR.,

        Plaintiff,

v.

MARINE BIOLOGICAL LABORATORY,

        Defendant.

Civ. A. No. 05-11619-RGS

### DAVID L. FISH JR.'S RULE 16.1 CERTIFICATION

Pursuant to Local Rule 16.1, plaintiff David L. Fish Jr. affirms that he has conferred:

1. with a view to establishing a budget for the costs of conducting the full course--and various alternative courses--of the litigation; and

2. to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

David L. Fish Jr.

Pro se,

*/s/ David L. Fish Jr.*

David L. Fish, Jr.
63 Harriette Road
E. Falmouth, MA 02536
(508) 540-6014

Dated: September 22, 2005

## CERTIFICATE OF SERVICE

I, David L. Fish Jr., hereby certify that on September 22, 2005, I caused a copy of the foregoing certification to be served, by first class mail upon the defendant's attorney, Julie Murphy Clinton.

*/s/ David L. Fish Jr.*