UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

DAVID L. FISH, JR.

V.                                CIVIL ACTION NO. 05-11619-RGS

MARINE BIOLOGICAL LABORATORY

# J U D G M E N T

STEARNS, DJ.                                         NOVEMBER 7, 2005

IN ACCORDANCE WITH THIS COURT'S MEMORANDUM AND ORDER ON DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS ENTERED ON NOVEMBER 3, 2005,

IT IS HEREBY ORDERED: JUDGMENT IS ENTERED IN FAVOR OF THE DEFENDANT, MARINE BIOLOGICAL LABORATORY.

SO ORDERED.

                                        RICHARD G. STEARNS
                                        UNITED STATES DISTRICT JUDGE

            BY:
                        /s/ Mary H. Johnson
                         Deputy Clerk