United States District Court District of Massachusetts

Civil Action No. 05-11619-RGS

FILED IN CLERKS OFFICE
2005 DEC -1 A 10:43
U.S. DISTRICT COURT
DISTRICT OF MASS.

David L. Fish Jr.   Plaintiff, )      Notice of Appeal

vs. Marine Biological )

Laboratory   Defendant. )

)

Notice is hereby given that David L. Fish Jr., Plaintiff in the above named case hereby appeals to the United States Court of Appeals for the First Circuit from an Order On Defendant Marine Biological Laboratories Motion For Judgment On The Pleadings entered in this action on November 3, 2005.

Dated this 30th day of November, 2005

David L Fish Jr. Pro Se

*David L. Fish Jr.*

63 Harriette Rd. E.

Falmouth, MA 02536 (508) 540-6014